**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6549

DANIEL W. PHOENIX, a/k/a Daniel W. Jamison,

Plaintiff - Appellant,

v.

MARK HERRING, Former Attorney General of Virginia, individual capacity; RICHARD VORHIS, Senior Assistant Attorney General, Criminal Justice Division of VA, individual capacity; STACIE A. SESSOMS, Assistant Attorney General of VA, individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:22-cv-00360-MHL-MRC)

Submitted:  August 29, 2023                    Decided:  September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel W. Phoenix, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel W. Phoenix appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint as frivolous under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.[*]  *Jamison v. Herring*, No. 3:22-cv-00360-MHL-MRC (E.D. Va. May 25, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because we affirm the district court's frivolousness finding, we need not reach the court's alternative determination that Phoenix's action was malicious.